UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>GARFIELD ASSOCIATES CORPORATION,<br><br>Defendant. | Index No.: 08-CIV-2862 (SCR)<br><br>REQUEST FOR ENTRY OF DEFAULT JUDGMENT |

TO: Clerk of the United States District Court for the
Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant Garfield Associates Corporation having failed to appear or answer the summons and complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds, and against the Defendant Garfield Associates Corporation in the sum of $38,215.90, which includes principal, liquidated damages, interest, court costs, auditors' fees and attorneys' fees.

Dated: Elmsford, New York
May 1, 2008

*Dana L. Henke*
Dana L. Henke, Esq. (DLH3025)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515