UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, ) Index No.: 08-CIV-2862 (SCR)
)
) DEFAULT JUDGMENT
)
Plaintiffs, )
)
-against- )
)
GARFIELD ASSOCIATES CORPORATION, )
)
Defendant. )

---

This action having been commenced on March 18, 2008 by the filing of the summons and complaint, and a copy of the summons and complaint having been served on the Defendant Garfield Associates Corporation on March 25, 2008 via Secretary of State having been filed with the Clerk of the Court on April 2, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Thirty Eight Thousand Two Hundred Fifteen Dollars and Ninety Cents ($38,215.90), which includes the following: Benefit Fund Contributions due and owing in the sum of $24,322.14 for the period January 1, 2004 through to and including August 3, 2007; liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $2,432.26; interest at the rate 7% per annum through to November 27, 2007 in the sum of $3,886.63; auditors' fees in the sum of $5,144.87 and attorneys' fees in the sum of $2,000.00; plus court costs and disbursements of this action in the sum of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       May 13, 2008

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.